UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | No. 2:15-cv-1832 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO POLICE DEPARTMENT, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 27, 2016, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 5. Plaintiff was granted an extension of time (ECF No. 7) and has now filed objections to the findings and recommendations (ECF No. 8).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 27, 2016 (ECF No. 5), are adopted in full; and

2. Plaintiff is barred from seeking to proceed in forma pauperis and is required to submit the required filing fee of $350.00 plus the $50.00 administrative fee within twenty-one days of the date of this order. Failure to pay the fees will result in dismissal of the complaint.

Dated: September 13, 2016

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```