UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | No. 2:15-cv-1832 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO POLICE DEPARTMENT, | |
| Defendants. | |

By order filed September 13, 2016, the District Judge adopted the findings and recommendations filed June 27, 2016 (ECF No. 5), which recommended that plaintiff be barred from seeking to proceed in forma pauperis. ECF No. 9. As a result, plaintiff was ordered to pay the required filing fee of $350.00 plus the $50.00 administrative fee within twenty-one days or face dismissal of the complaint. Id. Twenty-one days have now passed and plaintiff has not paid the required fees or otherwise responded to the order.

Accordingly, IT IS HEREBY RECOMMENDED that the case be dismissed for failure to pay the required filing and administrative fees.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections

with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 21, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE